**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**

**COLUMBIA INSURANCE COMPANY and**
**HELZBERG'S DIAMOND SHOPS, INC.**
                    Plaintiffs,

        v.                                                Case No. 4:18-cv-666-FJG

**MANTRA BAND, LLC**
                    Defendant.

### PLAINTIFFS' DISMISSAL WITH PREJUDICE

Plaintiffs Columbia Insurance Company and Helzberg's Diamond Shops, Inc. and

Defendant Mantra Band, LLC have entered into a confidential settlement agreement.  Pursuant to

Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs dismiss with prejudice all claims of this

action against Defendant.  The parties shall bear their own costs and attorneys' fees.


                                        s/ ***Cheryl L. Burbach***
                                        Cheryl L. Burbach
                                        Mo. State Bar No. 48605
                                        cburbach@hoveywilliams.com
                                        HOVEY WILLIAMS LLP
                                        10801 Mastin Boulevard, Suite 1000
                                        Overland Park, Kansas 66210
                                        (913) 647-9050   Fax: (913) 647-9057

                                        ATTORNEYS FOR PLAINTIFFS
                                        COLUMBIA INSURANCE COMPANY AND
                                        HELZBERG'S DIAMOND SHOPS, INC.